IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD HILL,

                Plaintiff,

        vs.

GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant.

**4:20CV3012**


**ORDER**


        IT IS ORDERED that the motion to withdraw filed by Brian J. Brislen, as counsel of record for Defendant, (Filing No. 12), is granted. Brian J. Brislen shall no longer receive electronic notice in this case.


        Dated this 3rd day of March, 2020.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge